PROB 12C
(7/93)

Report Date: November 24, 2015

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Chantel Tera McCart          Case Number: 0980 2:12CR02078-FVS-3

Address of Offender:                Yakima, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: June 6, 2013

Original Offense:    Mail Theft and Aiding and Abetting, 18 U.S.C. § 1708 & 2

| Original Sentence: | Prison - 366 days; TSR - 36 days | Type of Supervision: Supervised Release |
|---|---|---|
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: June 5, 2014 |
| Defense Attorney: | Rebecca Pennell | Date Supervision Expires: June 4, 2017 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1     **Mandatory Condition # 2**: The offender shall not commit another federal, state, or local crime.

      **Supporting Evidence**: On November 20, 2015, Chantel McCart was arrested for the crime of possession of a controlled substance with intent to distribute, Yakima County Superior Court cause number 15-1-017943-9.

      Court records indicate the offender appeared in court on November 23, 2015, and bail was set at $25,000. Ms. McCart posted bail on November 23, 2015.

2     **Standard Condition # 9**: The offender shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

      **Supporting Evidence**: On November 20, 2015, Chantel McCart associated with a convicted felon without obtaining permission from her supervising probation officer.

On November 20, 2015, the offender and her codefendant, Rawley Aurand, were arrested on drug trafficking charges as noted in violation number 1. It should be noted, Mr. Aurand has seven prior felony convictions. Ms. McCart did not obtain permission from her supervising probation officer to associate with Mr. Aurand.

The U.S. Probation Office respectfully recommends the Court issue a summons.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 24, 2015

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

s/Fred Van Sickle
Signature of Judicial Officer

November 24, 2015
Date