PROB 12C
(6/16)

Report Date: October 23, 2017

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Chantel Tera McCart  Case Number: 0980 2:12CR02078-SMJ-3

Address of Offender:  Yakima, WA  98901

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: June 6, 2013

| | | |
|---|---|---|
| Original Offense: | Mail Theft and Aiding and Abetting, 18 U.S.C. §§ 1708 & 2 | |
| Original Sentence: | Prison - 366 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: June 5, 2014 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: TBD |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/24/2015.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: On June 9, 2014, Chantel Tera McCart reviewed and signed her conditions of release acknowledging she understood mandatory condition number 2.<br><br>On January 9, 2017, Ms. McCart plead guilty to the charge of possession of a controlled substance, methamphetamine, and was sentenced to 180 days confinement with 12 months of community supervision for Yakima County Superior Court cause number 16-1-01240-5. |
| 4 | **Standard Condition #7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.<br><br>**Supporting Evidence**:  On June 9, 2014, Chantel Tera McCart reviewed and signed her conditions of release acknowledging she understood standard condition number 7. |

Prob12C
**Re: McCart, Chantel Tera**
**October 23, 2017**
**Page 2**

On July 7, 2016, Ms. McCart admitted to using methamphetamine on or about July 7, 2016. The offender reviewed and signed a drug use admission form acknowledging the aforementioned.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 23, 2017

Jonathan G. Barcom

Jonathan G. Barcom
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case. Thursday, October 26, 2017 at 10:00 A.M.-Richland
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

10/23/2017
Date