PROB 12C
(6/16)

Report Date: July 12, 2016

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Chantel Tera McCart    Case Number: 0980 2:12CR02078-SMJ-3

Address of Offender:    Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: June 6, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Mail Theft and Aiding and Abetting, 18 U.S.C. § 1708 & 2 | | |
| Original Sentence: | Prison 366 days; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alvin Lee Guzman | Date Supervision Commenced: | June 5, 2014 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: | June 4, 2017 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/24/2015.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: On July 7, 2016, Chantel McCart was arrested for driving under the influence (Yakima County District Court case number 6Z0498538).<br><br>On July 7, 2016, this officer received a telephone call from a deputy with the Yakima County Sheriff's Office (YSO). The deputy stated he arrested and booked the defendant into the Yakima County Jail as he made contact with her due to reports of Ms. McCart driving erratically that morning. Upon contact with her, she appeared to be driving under the influence of a narcotic.<br><br>The deputy stated he was the responding officer to a call of the defendant driving on the wrong side of the road. Per the deputy, the reporting party stated the defendant was "asleep at the wheel in the middle of an intersection on Yakima Ave." The deputy stated the reporting party said they honked at the defendant and she started driving west towards the |

Prob12C
Re: McCart, Chantel Tera
July 12, 2016
Page 2

Terrace Heights area in Yakima, Washington. The deputy stated the reporting party said the defendant was swerving into different lanes near Bob Hall's Greenway Auto Mall, and eventually ended up driving on the wrong side of the road.

Per the deputy, he was able to catch up to the defendant and made contact with her when she pulled into the driveway of her listed residence. He stated he is very familiar with the defendant from past contacts with her. The deputy stated he transported her to the Yakima County Jail and she agreed to submit to a blood draw. He stated she was cited for driving under the influence. The YSO deputy also related his K-9 (police dog) "hit" on the defendant's vehicle, meaning the dog detected the scent of narcotics in the defendant's vehicle, but nothing became of the detection as of yet. He said the defendant's vehicle was towed and they are waiting to conduct a search.

The YSO deputy shared after he booked the defendant into the Yakima County jail, he was contacted by corrections staff. He stated as they were conducting their search on the defendant, they found a pipe and possibly drugs on her person. The deputy stated he went back to the Yakima County Jail and tested the substance, which he confirmed tested positive for methamphetamine and weighed approximately 8 grams. He stated he placed a detainer with the jail and charged the defendant with possession of a controlled substance, methamphetamine.

4   **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.

**Supporting Evidence**: On July 7, 2016, Chantel McCart was arrested for the crimes of possession of controlled substance with intent to deliver and possessing drugs in a correctional institution (Yakima County Superior Court case number 16-1-01240-39). The offense conduct is noted in violation number 3.

5   **Special Condition # 21**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On July 7, 2016, Chantel McCart admitted to using methamphetamine to the undersigned officer.

On July 7, 2016, this officer went to the Yakima County jail to collect a urine sample from the defendant. The defendant submitted a sample which tested presumptive positive for methamphetamine. The sample was sealed in the defendant's presence and was sent to Alere Toxicology for confirmation. The defendant also signed a drug use admission form. As of the submission of this report, the results have not been received.

Prob12C
Re: McCart, Chantel Tera
July 12, 2016
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 12, 2016

s/Linda Leavitt

Linda J. Leavitt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

07/12/2016
Date